# EXHIBIT 11

| 1 | A monolithic noise suppression device for use with a firearm, said device comprising: |  Monolithic noise suppression device for use with a firearm <br><br> "Being made from DMLS 3D printed & heat treated 718 inconel this thing is tough as nails." <br><br> https://ottercreeklabs.com/product/infinity-7-62/ |

a body having an outermost external surface of the noise suppression device and an internal surface;

Noise suppression device

Body, outermost external surface

Body, internal surface

3

| | |
|---|---|
| a plurality of internal chambers; and | |

a core comprising one or more baffles having space between the baffles forming the plurality of internal chambers, seamlessly connected to the internal surface of the body,

| | | |
|---|---|---|
| | wherein the noise suppression device includes no joints, seams, or any formerly separate pieces within any of the body, the core, and the one or more baffles. | "Being made from DMLS 3D printed & heat treated 718 inconel this thing is tough as nails." "Material: Suppressor is DMLS 3D printed & heat treated 718 inconel, end caps are machined H900 17-4 stainless steel." https://ottercreeklabs.com/product/infinity-7-62/ Noise suppression device  The entire noise suppression device including the body, the core, and the one or more baffles is 3D printed as one piece. Therefore, no joints, seams, or any formerly separate pieces within any of the body, the core, and the one or more baffles. |