# EXHIBIT 12

| 1 | A noise suppression device for use with a firearm, the device comprising: |  |

Noise suppression device for use with a firearm

"We knew we wanted it to be 7.62 bore with changeable end caps. We knew we wanted it to have great 7.62 performance but let's not kid ourselves, 99% of users buying a 7.62 bore suppressor are using it on 5.56 most of the time. So the 5.56 performance also had to be on point. We developed the general sound profile using 7.62 and then further dialed it in and refined it using 5.56 – we made over 100 prototypes in almost 2 years of testing finding just the right combination that does just as good on 5.56 as an actual 5.56 bore suppressor while still offering great 7.62 performance AND works well being vented or unvented."

https://ottercreeklabs.com/product/infinity-7-62/

a monolithic integral baffle housing module including:  a body including an outermost external surface of the noise suppression device and an internal surface;



Body, outermost external surface

Monolithic, Integral baffle housing module

Body, internal surface

| | | |
|---|---|---|
| | a plurality of internal chambers; |  |

Body

Monolithic, Integral baffle housing module

Plurality of Internal Chambers

| | |
|---|---|
| a core including a baffle and defining the plurality of internal chambers, and seamlessly connected to the internal surface of the body; and | |

| | | |
|---|---|---|
| | a blast insert attached to the monolithic integral baffle housing module, | Blast insert, attached to the firearm via threads to HUB  Monolithic, Integral baffle housing module<br><br><br><br>First four baffles are structurally separated from next set of baffles in the core.<br><br>Alternatively:<br><br>"It is 1.375×24 HUB threaded which is the industry standard universal mounting system."<br><br>https://ottercreeklabs.com/product/infinity-7-62/<br><br>The HUB is a blast insert attached to the integral baffle housing module. |

| | | |
|---|---|---|
| | wherein the monolithic integral baffle housing module includes no joints, no seams, or any formerly separate pieces within the body or the core. | "Being made from DMLS 3D printed & heat treated 718 inconel this thing is tough as nails."<br><br>"Material: Suppressor is DMLS 3D printed & heat treated 718 inconel, end caps are machined H900 17-4 stainless steel."<br><br>https://ottercreeklabs.com/product/infinity-7-62/<br><br>Monolithic, Integral baffle housing module<br><br><br><br>The entire noise suppression device including the body, and the core are 3D printed as one piece. Therefore, no joints, seams, or any formerly separate pieces within any of the body and the core. |