# EXHIBIT 13

| 1 | A monolithic noise suppression device for use with a firearm, the monolithic noise suppression device comprising: |  Monolithic noise suppression device for use with a firearm |
|---|---|---|
| | | "We knew we wanted it to be 7.62 bore with changeable end caps. We knew we wanted it to have great 7.62 performance but let's not kid ourselves, 99% of users buying a 7.62 bore suppressor are using it on 5.56 most of the time. So the 5.56 performance also had to be on point. We developed the general sound profile using 7.62 and then further dialed it in and refined it using 5.56 – we made over 100 prototypes in almost 2 years of testing finding just the right combination that does just as good on 5.56 as an actual 5.56 bore suppressor while still offering great 7.62 performance AND works well being vented or unvented." |
| | | "Being made from DMLS 3D printed & heat treated 718 inconel this thing is tough as nails." |
| | | https://ottercreeklabs.com/product/infinity-7-62/ |

a body including an outermost external surface of the noise suppression device and an internal surface;

Body, outermost external surface

Noise suppression device

Body, internal surface

| a plurality of internal chambers; and |  |
| --- | --- |

| a core including one or more baffles with space between the one or more baffles defining the plurality of internal chambers, seamlessly connected to the internal surface of the body, |  |

Body

Spaces between the baffles forming the plurality of internal chambers

Noise suppression device

Body, internal surface

Seamless connection

One or more Baffles

Core is 3D printed in the same process as the body with no seam in between the core and the internal surface of the body

Seamless connection

| | wherein the noise suppression device includes no joints, seams, or any formerly separate pieces within any of the body, the core, and the one or more baffles, | "Being made from DMLS 3D printed & heat treated 718 inconel this thing is tough as nails."<br><br>"Material: Suppressor is DMLS 3D printed & heat treated 718 inconel, end caps are machined H900 17-4 stainless steel."<br><br>https://ottercreeklabs.com/product/infinity-7-62/<br><br>Noise suppression device<br><br><br><br>The entire noise suppression device including the body, the core, and the baffles is 3D printed as one piece. Therefore, no joints, seams, or any formerly separate pieces within any of the body, the core, and the one or more baffles. |
|---|---|---|
| | and the monolithic noise suppression device is made of one of a metal and a metal alloy. | "Being made from DMLS 3D printed & heat treated 718 inconel this thing is tough as nails."<br><br>"Material: Suppressor is DMLS 3D printed & heat treated 718 inconel, end caps are machined H900 17-4 stainless steel."<br><br>https://ottercreeklabs.com/product/infinity-7-62/<br><br>Inconel is a nickel-chromium-based metal alloy. |