# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

CENTRE FIREARMS CO., INC., §
§
Plaintiff, §
§
v. §
§
§
OTTER CREEK LABS, LLC, § Civil Action No. 6:25-cv-00210-REW-HAI
§ **JURY TRIAL DEMANDED**
Defendant. §

## [PROPOSED] ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and having considered the Parties' Joint Stipulation to Permit Amendment of the Complaint and Motion to Amend the Scheduling Order, the Court hereby modifies the Scheduling Order (D.I. 20) as follows:

1. In Paragraph 4(c), the maximum number of requests for admission that are permitted for each side, excluding requests for admission intended solely to authenticate documents or establish their admissibility as business records, shall be increased from **50** to **60**;

2. In Paragraph 4(d)(i), the maximum number of interrogatories, including contention interrogatories, that are permitted for each side shall be increased from **25** to **35**;

3. Paragraph 8 is stricken as inconsistent with this Court's order setting a date and time for the hearing on claim construction (D.I. 21);

4. The page limits for any case dispositive motions that may be filed shall be increased from the page limits set forth for motions in Local Rule 7.1(d) to 30 pages for each motion and response and 17 pages for each reply; and

5. Except as set forth above, all other deadlines and limitations shall remain the same, and the provisions of the Scheduling Order (D.I. 20) shall otherwise remain and be enforceable.

1

SO ORDERED this _____ day of _____, 2026.

_____
Honorable Hanly A. Ingram
United States Magistrate Judge